UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | Criminal No.: 20-CR-10273-DJC |
| v. | ) | |
| | ) | |
| SPENCER HUGHES | ) | |
| | ) | |
| Defendant. | ) | |

**JOINT INTERIM STATUS REPORT**

The parties in the above-captioned matter submit this interim status report pursuant to Local Rule 116.5(b) of the Local Rules for the United States District Court for the District of Massachusetts.

1. **Status and Timing of Additional Discovery Requests**

    The government produced automatic discovery to the Defendant electronically via the USA FX cloud utility on December 22, 2020. The government produced supplemental discovery to the Defendant via email on February 2, 2021. The government will provide additional discovery materials if and when any become available. The Defendant has advised that he would like the opportunity to review the electronic evidence again. The Defendant has not yet determined whether he will be filing discovery motions.

2. **Timing of Pretrial Motions under Fed. R. Crim. P. 12(b)**

    The Defendant has not yet determined if any pretrial motions under Fed. R. Crim. P 12(b) will be filed. The parties ask that a motion date under Fed. R. Crim. P. 12(c), if necessary, be set at the next status conference after the defense has had a chance to complete its review of the materials.

3.  **Request to Cancel Interim Status Conference and Request for Interim Status Conference**

    The parties request that the Court schedule an Interim Status Conference in approximately 60 days. During this time, the Defendant will continue to review the discovery materials and have the opportunity to review the electronic evidence again. The parties will attempt to determine whether this case will be resolved by plea or trial. During this additional time, the Defendant will also determine whether he will be filing any pretrial motions and whether there are any discovery matters to bring to the Court's attention.

4.  **Periods of Excludable Delay Under Speedy Trial Act**

    The Defendant was charged by complaint and first appeared before this Court on October 13, 2020. [DE 3]. The matter was continued until October 22, 2020, on the government's motion for detention, pursuant to Title 18, United States Code, Sections 3142(f)(1) and (2). [DE 6]. Following the detention hearing, this Court released the Defendant on conditions. [DE 7]. An indictment was filed on November 12, 2020, and the Defendant was arraigned on the indictment on November 20, 2020. [DE 16, 21]. The parties agreed and the Court ordered the period from Defendant's indictment on November 12, 2020 through January 5, 2021, the date set for the initial status conference, be excluded for the reasons set forth in Local Rule 112.2(a)(1). The Court further ordered that the period from January 5, 2021 through the date of the status conference scheduled for February 22, 2021, be excluded. [DE 28]. The parties jointly request that the time from February 22, 2021 through the date of the next Status Conference be excluded under the Speedy Trial Act to allow the defense additional time to determine if motions will be filed and will also allow the parties additional to explore disposition of this case short of trial. Exclusion of such time is in the interests of justice. *See* 18 U.S.C. § 3161(h)(7)(A).

Respectfully submitted,

Andrew E. Lelling
United States Attorney

By: /s/ J. Mackenzie Duane                     /s/ Matthew D. Thompson
J. Mackenzie Duane                              Matthew D. Thompson
Assistant U.S. Attorney                         Butters Brazilian LLP
(617) 748-3654                                  (617) 367-2600
mackenzie.duane@usdoj.gov                       thompson@buttersbrazilian.com

**CERTIFICATE OF SERVICE**

  I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

/s/ J. Mackenzie Duane
J. Mackenzie Duane
Assistant United States Attorney

Date: February 18, 2021