UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | ) ) ) | |
| v. | ) ) | No. 20-cr-10273-DJC |
| SPENCER HUGHES, Defendants. | ) ) ) ) | |

## DEFENDANT'S MOTION TO SUPPRESS EVIDENCE

The Defendant, Spencer Hughes ("Hughes"), hereby requests that the Court suppress all evidence seized on October 13, 2020 pursuant to a search warrant issued on October 7, 2020, for *The Premises at ▮▮▮▮▮▮▮▮ in Randolph, Massachusetts, and the Person of Spencer Hughes, YOB 1988*, No. 20-MJ-7353-JCB, as well as the fruits of that search. As grounds therefor, Hughes states that suppression is warranted because:

1. The search warrant was not supported by probable cause;

2. The Application did not include the image of suspected child pornography but instead included a misleading description that at a minimum was made with reckless disregard for the truth;

3. The Affiant was not qualified to assess whether the image depicted a minor (or that the image was that of an actual person instead of a virtual person);

4. After excising the misleading information from the Affidavit, there could be no finding of probable cause;

5. The information was stale where it was almost fifteen months old and failed to establish that Hughes was a collector of child pornography;

As such, all evidence seized during the execution of the warrant, including electronic devices, must be suppressed.  In addition, all fruits of the search, including statements that Hughes made during the execution of the search, must be suppressed under the fruit of the poisonous tree doctrine.  <u>Wong Sun v. Unites States</u>, 371 U.S. 471 (1963).

Hughes submits the attached Memorandum and *Affidavit of Matthew D. Thompson* in support of his motion.

### REQUEST FOR HEARING

Hughes requests a hearing on his motion, which he notes is already scheduled for July 13, 2021.

SPENCER HUGHES
By his attorneys,

/s/ Matthew D. Thompson
Matthew D. Thompson, Esq.
B.B.O. No. 655225
Butters Brazilian LLP
669 Boylston Street, 12th Floor
Boston, MA 02116
(o) 617-367-2600
(f) 617-367-1363
thompson@buttersbrazilian.com

Dated: June 8, 2021

### CERTIFICATE OF SERVICE

I hereby certify that the above document was sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on this date.

    /s/ Matthew D. Thompson
Matthew D. Thompson

**LOCAL RULE 7.1(A)(2) STATEMENT**

Counsel have conferred in good faith with Government counsel and represent that there is a principled disagreement regarding the issues presented in the above motion.

      /s/ Matthew D. Thompson
      Matthew D. Thompson

Case 1:20-cr-10273-DJC   Document 53   Filed 06/08/21   Page 3 of 3

**LOCAL RULE 7.1(A)(2) STATEMENT**

Counsel have conferred in good faith with Government counsel and represent that there is a principled disagreement regarding the issues presented in the above motion.

/s/ Matthew D. Thompson
Matthew D. Thompson

3