# EXHIBIT C

CHILD SEXUAL ABUSE AND ILLEGAL MATERIAL REPORT AND GLOSSARY

# KIK INTERACTIVE, INC. CHILD SEXUAL ABUSE AND ILLEGAL MATERIAL REPORT AND GLOSSARY

We hope this document will be a useful tool for you. It includes an explanation of the various ways in which we become aware of child sexual abuse material and other illegal content on Kik. This document provides an explanation of the data included in the report file and information on how to read abuse report files.

If you have any questions that aren't answered in this document, you can reach us directly at [lawenforcement@kik.com](mailto:lawenforcement@kik.com). Please quote the reported Kik username in any email correspondence.

Last updated: May 24, 2019

CHILD SEXUAL ABUSE AND ILLEGAL MATERIAL REPORT AND GLOSSARY

## Introduction

Kik Interactive, Inc. is a Waterloo-based technology company. Kik is an instant messaging application for mobile devices.

It has come to our attention that Kik may have been used to commit a child pornography and/or child abuse offence, specifically, the offence of transmitting child pornography or child abuse contrary to subsection 163.1(d) of the Criminal Code of Canada. The Law Enforcement Response team has a mandatory obligation to report the incident to the Royal Canadian Mounted Police. The following are ways in which the Law Enforcement Response team may be alerted to possible child pornography or child abuse.

## Third Party Moderation

Kik uses a third party moderation company to conduct reviews of images that are uploaded to the app. Any images found to contain child exploitation or child abuse are flagged and reported to the Law Enforcement Response team. The Law Enforcement Response team will provide:

- Current basic subscriber data for the account, in csv and pdf format;
- Most recent 30 days of IP addresses, if available;
- Image

## Support Reports

Kik users can report illegal activity to our support team via email to support@kik.com or safety@kik.com. If any of these incidents are found to contain child exploitation or child abuse material, they are transferred to the Law Enforcement Response team. The Law Enforcement Response team will provide:

- Current basic subscriber data for the offender's accounts, in csv and pdf format;
- Most recent 30 days of IP addresses, if available;
- Copy of the email correspondence from the reporter;
- Image(s) attached by the reporter (which could be screenshots of the incident)

Last updated: May 24, 2019

CHILD SEXUAL ABUSE AND ILLEGAL MATERIAL REPORT AND GLOSSARY

## PhotoDNA Reports

Microsoft's PhotoDNA is running on all profile picture and background photo uploads and a percentage of all content uploaded to Kik. Anytime a positive hash value match is found the account is banned, and a police report is automatically generated. The Law Enforcement Response team will provide:

- Current basic subscriber data, in csv and pdf format;
- Most recent 30 days of IP addresses, if available;
- Image(s) flagged by the PhotoDNA service;
- Log of event(s) in csv format, including:

**NB: From the time of implementation of PhotoDNA technology, a Kik employee has reviewed all images identified by PhotoDNA technology before reporting the image to law enforcement.**

**NB: Please note that the image Kik provides may be a scaled down version of the image that the user uploaded to the Kik app. This means that if you try to generate the hash from the provided image, it may not match the hash indicated in the report.**

| Field | Description |
|---|---|
| **USER_JID** | Username of the user that uploaded the image |
| **Unix Timestamp** | Time that user uploaded the image in Unix time |
| **Date/Time UTC** | Time that user uploaded the reported image |
| **Type of Upload** | Method used to upload the image (ie. profile picture upload vs. chat sent) |
| **Image PhotoDNA hash** | PhotoDNA Hash value associated with the image uploaded by user |
| **Matched PhotoDNA hash** | PhotoDNA Hash value that uploaded image was matched with |
| **Matched PhotoDNA hash source** | The agency that provided the matched PhotoDNA hash |
| **Upload IP Address** | IP from where user uploaded reported image |

Last updated: May 24, 2019

CHILD SEXUAL ABUSE AND ILLEGAL MATERIAL REPORT AND GLOSSARY

## SafePhoto Reports

Kik has developed an internal hash matching system (similar to PhotoDNA) with a database of approximately 1.7 million known child exploitation image hash values. This system runs a hash value check against all images sent within Kik. When a user sends an image with a hash value that matches a child exploitation hash value in the database, the account is banned and a police report is automatically generated. The Law Enforcement Response team will provide:

- Current basic subscriber data of the sender, in csv and pdf format;
- Most recent 30 days of IP addresses, if available;
- Image(s) flagged by the SafePhoto service
- Log of the event(s) in csv format, including:

**NB: Please note that the image Kik provides may be a scaled down version of the image that the user uploaded to the Kik app. This means that if you try to generate the hash from the provided image, it may not match the hash indicated in the report.**

| | |
|---:|---|
| **USER_JID** | Username of the user that uploaded the image |
| **CREATED_AT** | Time that Kik created the internal report |
| **UPLOAD_TIME** | Time that user uploaded the reported image |
| **ORIGINAL_SHA_BASE 32 AND ORIGINAL_SHA_BASE16** | Hash values of the image that was selected by the user on the Kik client |
| **SCALED_SHA_BASE 32 AND SCALED_SHA_BASE16** | Hash values of the scaled image that was uploaded to Kik servers by the client and that was provided by Kik in the report |
| **HASH_SOURCE** | Agency who provided the original hash value |
| **MESSAGE_TYPE** | Method used to upload the image (ie. profile picture upload vs. chat sent) |
| **IPV4** | IP address from where user uploaded reported image |

Last updated: May 24, 2019

CHILD SEXUAL ABUSE AND ILLEGAL MATERIAL REPORT AND GLOSSARY

## Abuse Reports

Kik allows users to report other users who have abused or harassed them within the app, using the in-app reporting feature. When a Kik user reports another user, they have the option to include their full conversation history, including text, and any images or videos sent between them. Our content moderators review the reported chat history, including text, images, and videos.  If it is determined that the reported chat history and/or content contain reference to illegal activity, a police report is generated. The Law Enforcement Response team will provide:

**NB: Please note that Abuse Reports will not include content or messages that were deleted by the reporting user before the in-app report was generated.**

- Current basic subscriber data of the reported user, in csv and pdf format;
- Most recent 30 days of IP addresses, if available;
- Chat transcript of reported messages, in pdf format, including:
    - Timestamps
    - IP addresses
    - Text content, if applicable
- Associated image(s)/video(s), if applicable

## Other Reports

We perform further investigation on some of the instances from the categories above. If a child pornography image is found in an alternative investigation, the Law Enforcement Response team will provide:

- Current basic subscriber data, in csv and pdf format;
- Most recent 30 days of IP addresses, if available;
- Image(s), if applicable

## Subscriber data

Subscriber data is provided in response to each report of suspected child sexual abuse or illegal activity and may include:

- Basic subscriber information provided by the user, such as first and last name, email address, and link to current profile picture. *This information isn't verified by Kik.*

Last updated: May 24, 2019

CHILD SEXUAL ABUSE AND ILLEGAL MATERIAL REPORT AND GLOSSARY

- Device related information. *This information varies depending on device type.*
- Kik account information, including most recent IP address (after November 2013). *This information isn't verified by Kik.*
- Date and time in Coordinated Universal Time (UTC)

We collect IP address information up to 30 days old. This information is provided by third parties and isn't verified by Kik.

The generation of an IP address is considered a BIND. A BIND is not necessarily associated to sending or receiving a Kik message.

- Android: A BIND is generated when a successful network connection is established. A new BIND will generate if the user force-closes and opens the app or changes Wi-Fi data locations.
- iOS: A BIND is generated when a successful network connection is established. A new BIND will generate if the user force-closes and opens the app, change Wi-Fi or data locations, or when the user opens the app after it's been running in the background for longer than 10 minutes.

Below is a list of commonly found terms within subscriber data responses:

### Basic Subscriber Data

*Disclaimer: Kik cannot verify the accuracy of the timestamps associated to subscriber data when the account holder updates this data.*

| | |
|---|---|
| **Current first/last name (Display name)** | Provided by the user and can be changed at any time<br>● Not verified by Kik<br>● Can contain spaces, emoticons, special characters |
| **Current email address** | Email addresses may be either confirmed, or unconfirmed<br>● "Confirmed" means the user received a confirmation email from Kik and clicked the link within the email<br>● "Unconfirmed" means either the email address is invalid, or the user received the confirmation email but didn't click on the link |
| **Username** | Unique username picked by the user<br>● Can contain numbers, letters, underscores and periods<br>● Will never contain spaces, emoticons, or special characters<br>● 100% unique<br>● Can never be replicated<br>● Can never be changed or altered |
| **PROFILE_PIC_URL** | Link to the user's current profile picture<br>● There are two links for profile photos: one link is for a large sized photo and the other link is for a thumbnail sized photo |

Last updated: May 24, 2019

USAO_0235

CHILD SEXUAL ABUSE AND ILLEGAL MATERIAL REPORT AND GLOSSARY

|  |  |
|---|---|
|  | ○ The profile photo links will end with '/orig.jpg' and '/thumb.jpg'<br>● There are two links for background photos: one links is for a large sized background photo and the other link is for a thumbnail sized photo<br>   ○ The background photo links will end with '/ppext_background_full.jpg' and 'ppext_background_thumbnail.jpg'<br>● If the user has deactivated their account, the profile and background links produce an error message<br>● Kik doesn't store old profile or background pictures |
| **CLIENT_VERSION** | The version of Kik that the user is using (including previous versions used) and the dates on which the user updated Kik versions |
| **USER_LOCATION** | Last known IP address of the user, may include the city, latitude and longitude, and time zone<br>● This information is obtained via a third party and is not verified by Kik |
| **REGISTRATION_TIMESTAMP** | The timestamp in Coordinated Universal Time (UTC) |
| **USER_LOCALE** | The language type set on the user's device |
| **REGISTRATION_CLIENT_INFO** | Includes current device related information, such as;<br>● Country code<br>● Device type<br>   ○ Examples: Android, iPhone<br>● Device model<br>   ○ Examples: iPhone, iPod, Nexus, etc.<br>● Device prefix<br>   ○ Examples: CAN = Android, CIP = iPhone |

Last updated: May 24, 2019

**Recent IP Addresses (BINDS)**

| | |
|---|---|
| **Date/time** | Date and time are in Coordinated Universal Time (UTC) |
| **Timestamp** | Timestamps are in Unix Time (GMT)<br>● Online Unix timestamp converter:<br>http://www.epochconverter.com/ |
| **Device Type** | The device type the user was using at the time of the BIND<br>● CIP = iOS<br>● CAN = Android<br>● CWP = Windows Phone<br>● CST = Symbian |
| **Port Numbers (may be available after December 2015)** | The remote port number is the port number that the Kik application (client) connects from.  This is a unique port number that corresponds to the IP address provided. |

## Images and Videos

Kik stores images and videos for approximately 30 days. If images and/or videos are available, they'll correlate to the content ID indicated within the abuse report. The file name contains the content ID. Click on the file name to open the image or video:

| | |
|---|---|
| **Timestamp** | Date/Time in Unix Time (GMT) Online Unix timestamp Converter:<br>http://www.epochconverter.com/ |
| **Content ID** | Unique ID associated to content |

## Abuse Reports

An abuse report is a copy of a conversation that was reported by a Kik user within a group or 1-1 chat, through the in-app group reporting feature. A user can choose to report an entire group, or another user within a group. Abuse reports show chat messages and content sent between the reported user and the other member(s) of the chat. Content can include an image or video sent from the user's device gallery, taken directly from the camera within the Kik app, or the URL third party sites that a user has shared or received. If Kik has a copy of

Last updated: May 24, 2019

CHILD SEXUAL ABUSE AND ILLEGAL MATERIAL REPORT AND GLOSSARY

the content it will be included in a separate media file.

Below is a list of commonly found terms within an abuse report:

| | |
|---|---|
| **Report ID** | The unique internal ID associated to a specific chat that was reported by a specific user, randomly generated by the Kik systems<br>● Example: 0cefece4-1087-4325-9ef4-ccbb197909ef |
| **Group ID** | The unique internal ID associated to a group chat that was reported, randomly generated by the Kik systems<br>● Example: 7342846274_g |
| **Username + JID of reported user** | Username of the user group member that was reported in the conversation using the in-app group reporting feature |
| **Date/Time** | The date and time the group conversation was reported, as well as the date and time that messages were sent<br>● year/month/day<br>● Time is in UTC |
| **IP Addresses** | The IP address associated to the sender of a content message within the in-app group abuse report<br>● Provided by a third party and not verified by Kik |
| **Content ID** | The unique ID associated to content sent within the reported group conversation |

Last updated: May 24, 2019



Below you will find the most recent basic subscriber data and recent IP address(es) if available, associated to the Kik account: **trainreq**

This production reflects true copies of the records maintained by Kik in the normal course of business, and were generated on **2019/07/29**. When reviewing these records, please note that Kik does not verify the subscriber information provided by users. For more information about the terms used and data produced, please see the enclosed glossary.

Username: trainreq

First Name: S

Last Name: H

Email: deletedbykik.27841▮▮▮▮▮▮▮▮@gmail.com (deactivated_unconfirmed)

Username   trainreq

| | | |
|---|---|---|
| 2017-04-22 05:28:45 UTC | ACCOUNT_INFO | EMAIL=▮▮▮▮▮▮▮@gmail.com" |
| 2017-04-22 05:28:45 UTC | ACCOUNT_INFO | FIRST_NAME="S" |
| 2017-04-22 05:28:45 UTC | ACCOUNT_INFO | LAST_NAME="H" |
| 2019-07-27 10:41:42 UTC | CLIENT_VERSION | 15.14.0.21544 |
| 2017-04-22 05:28:45 UTC | REGISTRATION_TIMESTAMP | 2017/04/22 05:28:45 |
| 2019-07-27 10:38:07 UTC | BINDING_INFO | CAN184d0feee23a4f4b901d71f375c439ce |
| 2019-05-09 22:04:11 UTC | BINDING_INFO | CAN3080f1d9539d43a193e2449ee6b7dc4c |

2017-05-05 21:53:48 UTC BINDING_INFO             CAN76ddfdbe58a64ae6884783faaca8679a

2019-07-27 08:23:23 UTC REGISTRATION_CLIENT_INFO device-type=android

2019-07-27 08:23:23 UTC REGISTRATION_CLIENT_INFO model=SM-T380

2019-07-27 08:23:23 UTC REGISTRATION_CLIENT_INFO prefix=CAN

2019-07-27 10:38:07 UTC USER_LOCATION            US (ip: 73.143.144.156)

| Date | Timestamp | Device | Extra Data |
| --- | --- | --- | --- |
| 2019-07-27 08:23:24 UTC | 1564215804632 | CAN | "ip":"73.143.144.156", "remotePort":"56014", "chatNetwork":"WIFI" |
| 2019-07-27 08:41:18 UTC | 1564216878687 | CAN | "ip":"73.143.144.156", "remotePort":"62396", "chatNetwork":"WIFI" |
| 2019-07-27 09:46:04 UTC | 1564220764620 | CAN | "ip":"73.143.144.156", "remotePort":"58044", "chatNetwork":"WIFI" |
| 2019-07-27 10:00:40 UTC | 1564221640038 | CAN | "ip":"73.143.144.156", "remotePort":"35322", "chatNetwork":"WIFI" |
| 2019-07-27 10:11:05 UTC | 1564222265955 | CAN | "ip":"73.143.144.156", "remotePort":"35482", "chatNetwork":"WIFI" |
| 2019-07-27 10:11:41 UTC | 1564222301241 | CAN | "ip":"73.143.144.156", "remotePort":"35504", "chatNetwork":"WIFI" |
| 2019-07-27 10:12:20 UTC | 1564222340406 | CAN | "ip":"73.143.144.156", "remotePort":"60184", "chatNetwork":"WIFI" |
| 2019-07-27 10:14:04 UTC | 1564222444049 | CAN | "ip":"73.143.144.156", "remotePort":"35550", "chatNetwork":"WIFI" |
| 2019-07-27 10:14:34 UTC | 1564222474505 | CAN | "ip":"73.143.144.156", "remotePort":"60228", "chatNetwork":"WIFI" |
| 2019-07-27 10:15:03 UTC | 1564222503399 | CAN | "ip":"73.143.144.156", "remotePort":"35573", "chatNetwork":"WIFI" |
| 2019-07-27 10:17:09 UTC | 1564222629475 | CAN | "ip":"73.143.144.156", "remotePort":"58988", "chatNetwork":"WIFI" |
| 2019-07-27 10:19:38 UTC | 1564222778165 | CAN | "ip":"73.143.144.156", "remotePort":"60292", "chatNetwork":"WIFI" |
| 2019-07-27 10:22:27 UTC | 1564222947762 | CAN | "ip":"73.143.144.156", "remotePort":"60328", "chatNetwork":"WIFI" |
| 2019-07-27 10:38:07 UTC | 1564223887244 | CAN | "ip":"73.143.144.156", "remotePort":"60385", "chatNetwork":"WIFI" |