UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>SPENCER HUGHES,<br>              Defendants. | No. 20-cr-10273-DJC |

## AFFIDAVIT OF MATTHEW D. THOMPSON

I, Matthew D. Thompson, depose and state the following:

1. I am an attorney duly licensed to practice law in the Commonwealth of Massachusetts and the United States District Court for the District of Massachusetts.

2. I am the attorney for the Defendant, Spencer Hughes ("Hughes"), in the above-captioned matter.

3. On October 13, 2020, pursuant to a search warrant, law enforcement executed a search warrant a Hughes' residence in Randolph, Massachusetts.

4. I am submitting this affidavit in support of Hughes' motion to suppress evidence seized during that search.

5. During the course of discovery in this case, I had an opportunity to review the image referenced in the *Affidavit of Nicole Sorrell in Support of an Application for a Search Warrant*.

6. I reviewed the image on two occasions at the offices of Homeland Securities Investigations in Boston. To the best of my recollection, my review revealed that:

    a. The image provided no basis for determining the age of the person.

b.  The person was lying on their back with lower legs and feet resting flat on a chair seat. The photograph was taken at ground level through the legs of the chair toward the genital area.

c.  The angle of the picture made it impossible to see any portion of the person's head and face.

d.  The angle did not permit a view of the upper torso of the person. As such, there could be no determination that the person in the image had no breast development.

e.  Based on this angle, hip development was also difficult, if not impossible to assess.

f.  While the person in the image did not appear to have pubic hair, it is impossible to tell whether the person was a prepubescent child or an adult.

g.  Upon close examination the portions of the image, including the pubic area, appeared to computer generated or manipulated.

h.  Finally, the hands and feet of the person appeared to be of a person older than 9 – 11 years.

7. During discovery, I was informed that the image that was the subject of the search warrant was not recovered from any devices seized from Hughes' residence.

8. During discovery, I was also informed that while Special Agent Sorrell has been an agent at HSI since 2009, she had only been assigned to the Child Exploitation and Forensic Group since July 2017.

9. It is my belief that based on the arguments set forth in the memorandum in support of Hughes' motion to suppress, a substantial showing has been made to warrant a hearing under <u>Franks v. Delaware</u>, 438 U.S. 154 (1978).

Signed under the pains and penalties of perjury this 8th day of June, 2021

                                                  /s/ Matthew D. Thompson
                                                  Matthew D. Thompson

### COMMONWEALTH OF MASSACHUSETTS

SUFFOLK, ss.                                              June 8, 2021

On this 8th day of June, 2021 before me, the undersigned notary public, personally appeared Matthew D. Thompson, proved to me through satisfactory evidence of identification, which was personal knowledge of the undersigned, to be the persons whose name is signed on the preceding document, and acknowledged to me that he signed it voluntarily for its stated purpose.

                                                 /s/ Stephanie Yepes
                                                 Stephanie Yepes
                                                 NOTARY PUBLIC
                                                 My Commission Expires:
                                                     May 15, 2026

### CERTIFICATE OF SERVICE

I hereby certify that the above document was sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on this date.

                                         /s/ Matthew D. Thompson
                                         Matthew D. Thompson