UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
CASE NO. 20-CR-10273-DJC

**UNITED STATES OF AMERICA,**

vs.

**SPENCER HUGHES,**

    **Defendant.**

                                            /

**ASSENTED-TO MOTION FOR LEAVE TO FILE RESTITUTION MEMORANDUM AND VICTIM MATERIALS UNDER SEAL**

      The United States of America, by and through the undersigned Assistant United States Attorney, respectfully moves this Court to allow the Government to file its Restitution Memorandum and the accompanying restitution materials submitted by or on behalf of several identified victims in this case under seal. As reason therefore, the government submits that, in light of the sensitive nature of the subject matter and pursuant to 18 U.S.C. § 3509(d), the victims' privacy interests outweigh the public's interest in free access to the documents. The supporting restitution materials have been previously provided to defense counsel. The Government has conferred with defense counsel who has no objection to the relief requested herein.

                                                       Respectfully submitted,

                                                       RACHAEL S. ROLLINS
                                                       United States Attorney

                                                       By: /s/ J. Mackenzie Duane
                                                       J. Mackenzie Duane
                                                       Assistant United States Attorney
                                                       One Courthouse Way, Suite 9200
                                                       (617) 748-3654
                                                       mackenzie.duane@usdoj.gov

**CERTIFICATE OF SERVICE**

    I hereby certify that the foregoing was filed through the Electronic Court Filing system and will be sent electronically to the registered participants as identified on the Notice of Electronic filing.

|  |  |
|---|---|
| | /s/ J. Mackenzie Duane |
| Dated: August 4, 2022 | Assistant United States Attorney |